1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Caitlin Baunsgard
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 19 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY WILLIAM WOOD<br><br>Defendant. | 2:23-CR-104-MKD<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and (viii), 846 Conspiracy to Distribute 500 Grams or More of Methamphetamine and 400 Grams or More of Fentanyl<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

On a date unknown, but by on or about January 2022, and continuing to on or about May 12, 2022, in the Eastern District of Washington and elsewhere, the Defendant, ZACHARY WILLIAM WOOD, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 500 grams or more of a mixture or substance containing a detectable

INDICTMENT-1

amount of methamphetamine and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl] propanamide (a/k/a fentanyl), both Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and (viii), all in violation of 21 U.S.C. § 846.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 846, as set forth in this Indictment, Defendant, ZACHARY WILLIAM WOOD, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

//

INDICTMENT-2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 19th day of September, 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT-3